FILED
JAN 12 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
## For the District of Columbia

| | | |
|---|---|---|
| Roll Call, Inc. | ) | |
| | ) | CASE NUMBER 1:06CV00056 |
| vs  Plaintiff | ) | JUDGE: Richard W. Roberts |
| Roll Call Strategies, LLC | ) | DECK TYPE: TRO/Preliminary Injunction |
| Defendant | ) | DATE STAMP: 01/12/2006 |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for **Roll Call, Inc.** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Roll Call, Inc.** which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

468443
BAR IDENTIFICATION NO.

Adam M. Chud
Print Name

Goodwin Procter, LLP  901 NY Ave, NW
Address

Washington, DC  20001
City    State    Zip Code

(202) 346-4000
Phone Number