IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLL CALL, INC., | ) |
|       Plaintiff, | ) ) ) |
| v. | )    No. _____ |
| ROLL CALL STRATEGIES, LLC, | ) ) ) |
|       Defendant. | ) ) |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Roll Call, Inc. respectfully moves for an Order preliminarily enjoining defendant Roll Call Strategies, LLC from continuing to use Roll Call, Inc.'s federally-registered trademarks in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a) and (c), and from continuing to breach the settlement agreement reached between the parties on November 29, 2005. The grounds in support of this Motion are detailed in the accompanying Memorandum of Law that is being filed this day. A proposed Order accompanies this Motion.

Dated: January 12, 2006

Respectfully submitted,

_____
John Moustakas (D.C. Bar No. 442076)
Adam M. Chud (D.C. Bar No. 468443)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for plaintiff Roll Call, Inc.*

LIBW/1539707.1