IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLL CALL, INC., | ) |
|       Plaintiff, | ) |
| v. | )   No. _____ |
| ROLL CALL STRATEGIES, LLC, | ) |
|       Defendant. | ) |

## ORDER

The Court, having reviewed the Verified Complaint, plaintiff's Motion for a Preliminary Injunction and Memorandum of Law in support thereof, defendant's Opposition, and plaintiff's Reply, hereby finds that plaintiff is likely to succeed on the merits of its claims under the Lanham Act, 15 U.S.C. §§ 1114 and 1125 (a) and (c), because defendant's use of the name and mark ROLL CALL STRATEGIES is likely to be confused with plaintiff's ROLL CALL marks and because defendant's use of the name and mark ROLL CALL STRATEGIES falsely designates the origin of defendant's services as those of plaintiff and is likely to dilute the distinctive quality of plaintiff's ROLL CALL marks. Plaintiff is also likely to succeed on its breach of contract claim because the parties entered into an agreement on November 29, 2005 requiring defendant to change its name and mark to CR STRATEGIES, LLC without delay, and defendant has now refused to do so. The Court further finds that plaintiff would be irreparably harmed if this preliminary injunction did not issue, that any harm to defendant would be greatly outweighed by the harm to plaintiff if the injunction were to issue, and that issuance of the injunction would be in the public interest because trademark infringement harms and confuses the public.

For these reasons, it is hereby ORDERED:

1. that the Motion is GRANTED;

2. that within ten (10) days from the entry of this Order, defendant shall cease and desist all use of the name andmark ROLL CALL STRATEGIES or any abbreviation of those words or any other name or mark containing the words "ROLL CALL" or any abbreviation thereof in connection with its goods or services, including, but not limited to, in any state or federal registrations, lobbying registrations, signage, advertising or marketing materials, personal solicitations, e-mail addresses, web site domain names, letterhead, business cards, or other documents;

3. that within ten (10) days from the entry of this Order, defendant shall change its business name and mark for all purposes to CR STRATEGIES, LLC;

4. that within ten (10) days from the entry of this Order, defendant shall notify all individuals that it has solicited or lobbied using the name Roll Call Strategies of the name change and notify such individuals that it is not and never was affiliated with Roll Call, Inc.; and

5. that within twenty (20) days from the entry of this Order, defendant shall provide a written report to the Court and to plaintiff's counsel detailing its compliance with this Order.

It is SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

LIBW/1539708.1