# EXHIBIT D

Case 1:06-cv-00056-RWR    Document 3-7    Filed 01/12/2006    Page 1 of 8

## Chud, Adam M

| | |
|---|---|
| From: | Chud, Adam M |
| Sent: | Friday, December 16, 2005 1:16 PM |
| To: | 'lconrad@ogdenlaw.com' |
| Cc: | Moustakas, John |
| Subject: | Roll Call Strategies |

Lisa:

Can you talk today or Monday about your client's progress? I saw yesterday that they are still using the rollcallstrategies.com web-site, and as of this morning their answering machine still identified the company as Roll Call Strategies. They really need to step things up.

Adam M. Chud
Goodwin | Procter
Tel: (202) 346-4246
Fax: (202) 346-4444

This message is intended for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended addressee, any copying or other dissemination of this message or any attachment is strictly prohibited.

# EXHIBIT E

# Chud, Adam M

**From:** Conrad, Lisa A. [Lconrad@ogdenlaw.com]
**Sent:** Friday, December 16, 2005 4:05 PM
**To:** Chud, Adam M
**Subject:** RE: Roll Call Strategies

Adam,

Will do on Monday. I need to touch base with the client again.

Lisa Ann Conrad
Ogden Newell & Welch PLLC
1700 PNC Plaza
500 West Jefferson Street
Louisville, KY 40202
(502) 560-4245
(502) 627-8745 (fax)


-----Original Message-----
**From:** Chud, Adam M [mailto:achud@goodwinprocter.com]
**Sent:** Friday, December 16, 2005 1:16 PM
**To:** Conrad, Lisa A.
**Cc:** Moustakas, John
**Subject:** Roll Call Strategies

Lisa:

Can you talk today or Monday about your client's progress? I saw yesterday that they are still using the rollcallstrategies.com web-site, and as of this morning their answering machine still identified the company as Roll Call Strategies. They really need to step things up.

Adam M. Chud
Goodwin | Procter
Tel: (202) 346-4246
Fax: (202) 346-4444

This message is intended for the use of the addressee and may contain information that is privileged and confidential. If you are not the intended addressee, any copying or other dissemination of this message or any attachment is strictly prohibited.

****************************************************************
****

**IRS CIRCULAR 230 DISCLOSURE:**
**To ensure compliance with requirements imposed by the IRS, we inform**
**you that any U.S. tax advice contained in this communication**

(including any attachments) is not intended or written to be used, and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending to
another party any transaction or matter addressed herein.

****************************************************************

****************************************************************
This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to
the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or
distribute this message. If you receive this in error, please notify
the sender by reply e-mail and delete this message. Thank you.
****************************************************************

# EXHIBIT F

DEC-20-2005 10:09             P.01



**OGDEN NEWELL & WELCH** PLLC

LISA ANN CONRAD

DIRECT DIAL 502-560-4245
DIRECT FAX 502-627-8745

lconrad@ogdenlaw.com

1700 PNC PLAZA
500 WEST JEFFERSON STREET
LOUISVILLE, KENTUCKY 40202-2874
(502) 582-1601
FAX (502) 581-9564
www.ogdenlaw.com

December 20, 2005

<u>Via Facsimile</u>
(202) 346-4444

Adam M. Chud, Esq.
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

    Re:   Roll Call Strategies, LLC
           Our File No: 33533/1

Dear Adam:

    After I sent the letter to you on November 29, Roll Call Strategies, LLC informed me that I misinterpreted its position with regard to changing its name. On Monday, I spoke to John McCarthy and was informed that Roll Call Strategies was not willing to change its legal name to CR Strategies for all purposes. It was willing to change the name for purposes of federal lobbyist registration only. I truly apologize for the inconvenience.

    Roll Call Strategies is a small, new company. There never has been any intent on the part of Roll Call Strategies to trade on or profit from any association with *Roll Call - The Newspaper on Capitol Hill*. Contrary to your letter dated October 11, 2005, no member of the limited liability company has been employed in Washington by a member of Congress.

    We would appreciate your consideration and approval of the proposal set forth in this letter. Roll Call Strategies proposes to change its legal name to Kentucky Roll Call Strategies, LLC and to file an assumed name for and register as a federal lobbyist under the name of KRCS. The use of these names are not likely to cause confusion with the use of *Roll Call - The Newspaper of Capitol Hill*. There never has been an intent on the part of Roll Call Strategies to cause any confusion.

    Although it is unnecessary, upon your request Kentucky Roll Call Strategies, LLC will include on its web site and promotional literature the following disclaimer:

        Kentucky Roll Call Strategies, LLC dba KRCS is not affiliated with Roll Call,
        Inc. or *Roll Call - The Newspaper of Capitol Hill*.

Adam Chud, Esq.
December 20, 2005
Page 2


In addition, Roll Call Strategies is willing to contact any person who has questioned the association between *Roll Call - The Newspaper on Capitol Hill* and Roll Call Strategies to confirm that there is no affiliation.

Roll Call Strategies has authorized our law firm to prepare the necessary documents to change its legal name to Kentucky Roll Call Strategies, LLC and to file the appropriate documents for the assumed name in Washington, D.C. upon your approval of this proposal. Please contact me via e-mail or cell phone (502-599-2366) to let me know if this proposal is acceptable to your client.

Again, I apologize for the misunderstanding on my part and the inconvenience to you and your client.

                                            Very truly yours,

                                            *[signature]*
                                            Lisa Ann Conrad

cc: John McCarthy (via facsimile)