# EXHIBIT G

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-01-11 15:31:04 ET

Serial Number: 74351821 Assignment Information

Registration Number: 1790391 Assignment Information

Mark (words only): ROLL CALL

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-08-30

Filing Date: 1993-01-25

Transformed into a National Application: No

Registration Date: 1993-08-31

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-09-04

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ROLL CALL INC

Address:
ROLL CALL INC
900 2ND ST NE SUITE 107
WASHINGTON, DE 20002
United States
Legal Entity Type: Corporation
State or Country of Incorporation: Delaware

---

## GOODS AND/OR SERVICES

International Class: 016
twice weekly newspaper reporting on the legislative and political activities of Congress, members of

Congress and their campaigns, congressional employees, and other matters of interest to people who work or live on Capitol Hill
**First Use Date:** 1955-00-00
**First Use in Commerce Date:** 1955-00-00

**Basis:** 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-08-30 - First renewal 10 year

2003-08-30 - Section 8 (10-year) accepted/ Section 9 granted

2003-05-02 - Combined Section 8 (10-year)/Section 9 filed

2003-05-02 - PAPER RECEIVED

2000-01-04 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-08-30 - Section 8 (6-year) and Section 15 Filed

1993-08-31 - Registered - Principal Register

1993-06-08 - Published for opposition

1993-05-07 - Notice of publication

1993-04-07 - Approved for Pub - Principal Register (Initial exam)

1993-04-07 - Case file assigned to examining attorney

## CORRESPONDENCE INFORMATION

**Correspondent**
ADAM M. CHUD (Attorney of record)

ADAM M. CHUD
SHEA & GARDNER
1800 MASSACHUSETTS AVE NW
WASHINGTON DC 20036


Case 1:06-cv-00056-RWR    Document 3-8    Filed 01/12/2006    Page 4 of 10
Latest Status Info                                                      Page 3 of 3

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-01-11 15:31:55 ET

Serial Number: 74350973 Assignment Information

Registration Number: 1791611 Assignment Information

Mark



(words only): ROLL CALL

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-07-12

Filing Date: 1993-01-22

Transformed into a National Application: No

Registration Date: 1993-09-07

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-07-15

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ROLL CALL INC

Address:
ROLL CALL INC
900 2ND ST NE SUITE 107

WASHINGTON, DC 20002
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 016
twice weekly newspaper reporting on the legislative and political activities of Congress, members of Congress and their campaigns, congressional employees, and other matters of interest to people who work or live on Capitol Hill
**First Use Date:** 1955-00-00
**First Use in Commerce Date:** 1955-00-00

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Lining and Stippling:** The stippling on the drawing forms part of the mark and does not indicate color.

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2003-07-12 - First renewal 10 year

2003-07-12 - Section 8 (10-year) accepted/ Section 9 granted

2003-05-02 - Combined Section 8 (10-year)/Section 9 filed

2003-05-02 - PAPER RECEIVED

2000-01-04 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-08-30 - Section 8 (6-year) and Section 15 Filed

1993-09-07 - Registered - Principal Register

1993-06-15 - Published for opposition

1993-05-14 - Notice of publication

1993-04-20 - Approved for Pub - Principal Register (Initial exam)

1993-04-15 - Examiner's amendment mailed

1993-04-07 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
ADAM M. CHUD (Attorney of record)

ADAM M. CHUD
SHEA & GARDNER
1800 MASSACHUSETTS AVE NW
WASHINGTON DC 20036-1806

---

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-01-11 15:31:31 ET

Serial Number: 74351787 Assignment Information

Registration Number: 1791614 Assignment Information

Mark



(words only): ROLL CALL THE NEWSPAPER OF CAPITOL HILL

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2003-07-12

Filing Date: 1993-01-25

Transformed into a National Application: No

Registration Date: 1993-09-07

Register: Principal

Law Office Assigned: LAW OFFICE 12

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -File Repository (Franconia)

Date In Location: 2003-07-15

---

LAST APPLICANT(S)/OWNER(S) OF RECORD

1. ROLL CALL, INC.

Address:
ROLL CALL, INC.
900 SECOND STREET, N.E., STE 107

WASHINGTON, DC 20002
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 016
twice weekly newspaper reporting on the legislative and political activities of Congress, members of Congress and their campaigns, congressional employees, and other matters of interest to people who work or live on Capitol Hill
**First Use Date:** 1955-00-00
**First Use in Commerce Date:** 1955-00-00

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Disclaimer:** "THE NEWSPAPER OF CAPITOL HILL"

**Lining and Stippling:** The stippling on the drawing forms part of the mark and does not indicate color.

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2003-07-12 - First renewal 10 year

2003-07-12 - Section 8 (10-year) accepted/ Section 9 granted

2003-05-02 - Combined Section 8 (10-year)/Section 9 filed

2003-05-02 - PAPER RECEIVED

1999-12-10 - Section 8 (6-year) accepted & Section 15 acknowledged

1999-08-30 - Section 8 (6-year) and Section 15 Filed

1993-09-07 - Registered - Principal Register

1993-06-15 - Published for opposition

1993-05-14 - Notice of publication

1993-04-20 - Approved for Pub - Principal Register (Initial exam)

1993-04-15 - Examiner's amendment mailed

1993-04-07 - Case file assigned to examining attorney

---

## CORRESPONDENCE INFORMATION

**Correspondent**
BENJAMIN W. BOLEY
SHEA & GARDNER
1800 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, DC 20036