# EXHIBIT H

 Query Results

Back To Query Page

| # | Registrant | Client | Filing Type | Filing Period | Filing Year |
|---|---|---|---|---|---|
| 1. | ROLL CALL STRATEGIES | NPC, INC. | REGISTRATION | | 2005 |
| 2. | ROLL CALL STRATEGIES | HAGAN PROPERTIES | REGISTRATION | | 2005 |
| 3. | ROLL CALL STRATEGIES | CHURCHILL DOWNS, INC. | REGISTRATION | | 2005 |
| 4. | ROLL CALL STRATEGIES | LARUE COUNTY | REGISTRATION | | 2005 |
| 5. | ROLL CALL STRATEGIES | LARUE COUNTY INDUSTRIAL FOUNDATION | REGISTRATION | | 2005 |
| 6. | ROLL CALL STRATEGIES | CITY OF HODGENVILLE | REGISTRATION | | 2005 |
| 7. | ROLL CALL STRATEGIES | MOREHEAD STATE UNIV | REGISTRATION | | 2005 |

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

**Secretary of the Senal**
**Received: Sep 27, 20(**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration ☐

1. Effective Date of Registration _Sep 27, 20_

2. House Identification Number ____

Senate Identification Number _300936-_

## REGISTRANT

3. Registrant Name: ROLL CALL STRATEGIES
   Address: 514 CAPITOL AVE
   City: FRANKFORT State: KY Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
   502875-0081 Contact: TRACI COKER
   E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
   Government relations

## CLIENT

A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bo labeled "Self" and proceed to line 10.

☐ Self

7. Client name: NPC, INC.
   Address: OLD ROUTE 220, PO BOX 373
   City: CLAYSBURG State: PA Zip: 16625-0373

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
   Digital & Printed Document Solutions

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
   Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
   Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
   Covered Official Position (if applicable): N/A

## LOBBYING ISSUES

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

BUD

12. Specific lobbying issues (current and anticipated):

06 Treasurey, DHS, and Commerce, Justice, State Approriations

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period **and**13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Back

Next **Number of Pages: 2**
Current Page: 1

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |
|---|---|

**Secretary of the Senal**
**Received: Sep 27, 201**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration ☐

1. Effective Date of Registration Sep 27, 20

2. House Identification Number ____

Senate Identification Number 300936-

## REGISTRANT
3. Registrant Name: ROLL CALL STRATEGIES
   Address: 514 CAPITOL AVE
   City: FRANKFORT State: KY Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
   502875-0081 Contact: TRACI COKER
   E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
   Government relations

## CLIENT
A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bo labeled "Self" and proceed to line 10.

☐ Self

7. Client name: HAGAN PROPERTIES
   Address: 12975 SHELBYVILLE ROAD, SUITE 100
   City: LOUISVILLE State: KY Zip: 40243

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
   Real estate development

## LOBBYISTS
10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
   Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
   Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
   Covered Official Position (if applicable): N/A

## LOBBYING ISSUES
11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

                    TRA
12. Specific lobbying issues (current and anticipated):

Federal permit for transportation right of way

## AFFILIATED ORGANIZATIONS
13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period and13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Back
Next **Number of Pages: 2**
Current Page: 1

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

**Secretary of the Senat**
**Received: Sep 27, 200**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration   ☐

2. House Identification Number ____

1. Effective Date of Registration Sep 27, 20

Senate Identification Number 300936-

## REGISTRANT

3. Registrant Name: ROLL CALL STRATEGIES
Address: 514 CAPITOL AVE
City: FRANKFORT State: KY Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
502875-0081   Contact: TRACI COKER
E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
Government relations

## CLIENT

A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bc labeled "Self" and proceed to line 10.

☐ Self

7. Client name: CHURCHILL DOWNS, INC.
Address: 700 CENTRAL AVE
City: LOUISVILLE State: KY Zip: 40208

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
gaming

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
  Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
  Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
  Covered Official Position (if applicable): N/A

## LOBBYING ISSUES

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

TAX

12. Specific lobbying issues (current and anticipated):

Tax issues

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period and 13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Back
Next **Number of Pages: 2**
Current Page: 1

Secretary of the Sena
Received: Oct 13, 20l

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration ☐

2. House Identification Number ____

1. Effective Date of Registration Sep 01, 20

Senate Identification Number 300936-

## REGISTRANT
3. Registrant Name: ROLL CALL STRATEGIES
   Address: 113 W. Main Street
   City: FRANKFORT State: KY Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
   502875-0081   Contact: TRACI COKER
   E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
   Government relations

## CLIENT
A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bc labeled "Self" and proceed to line 10.

☐ Self

7. Client name: LARUE COUNTY
   Address: 209 WEST HIGH STREET
   City: HODGENVILLE State: KY Zip: 42748

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
   Government relations

## LOBBYISTS
10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
   Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
   Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
   Covered Official Position (if applicable): N/A

## LOBBYING ISSUES
11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

BUD

12. Specific lobbying issues (current and anticipated):

06 & 07 Transportation  06 & 07 Commerce, Justice, State  06 & 06 - Labor, HHS

## AFFILIATED ORGANIZATIONS
13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period and13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Back

Next **Number of Pages: 2**
Current Page: 1

| Clerk of the House of Representatives | Secretary of the Senate |
|---|---|
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

Secretary of the Sena
Received: Oct 13, 20(

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration    ☐

1. Effective Date of Registration Sep 01, 20

2. House Identification Number ____

Senate Identification Number 300936-1

## REGISTRANT

3. Registrant Name: ROLL CALL STRATEGIES
   Address: 113 W. Main Street
   City: FRANKFORT  State: KY  Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
   502875-0081  Contact: TRACI COKER
   E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
   Government relations

## CLIENT

A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bc labeled "Self" and proceed to line 10.

   ☐ Self

7. Client name: LARUE COUNTY INDUSTRIAL FOUNDATION
   Address: 209 WEST HIGH STREET
   City: HODGENVILLE  State: KY  Zip: 40601

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
   Government relations

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
   Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
   Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
   Covered Official Position (if applicable): N/A

## LOBBYING ISSUES

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

                                    BUD

12. Specific lobbying issues (current and anticipated):

06 & 07 Transportation  06 & 07 Commerce, Justice, State  06 & 07 Labor, HHS

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period and 13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Filing Images

Back

Next **Number of Pages: 2**
Current Page: 1

| Clerk of the House of Representatives<br>Legislative Resource Center<br>B-106 Cannon Building<br>Washington, DC 20515 | Secretary of the Senate<br>Office of Public Records<br>232 Hart Building<br>Washington, DC 20510 |
|---|---|

**Secretary of the Sena**
**Received: Oct 13, 20(**

# LOBBYING REGISTRATION

Lobbying Disclosure Act of 1995 (Section 4)

Check if this is an Amended Registration   ☐

1. Effective Date of Registration  Sep 01, 20

2. House Identification Number ____

Senate Identification Number  300936-1

## REGISTRANT

3. Registrant Name:  ROLL CALL STRATEGIES
   Address: 113 W. Main Street
   City: FRANKFORT  State: KY  Zip: 40601

4. Principal place of business (if different from line 3):

5. Telephone number and contact name:
   502875-0081  Contact: TRACI COKER
   E-mail(optional): traci@rcsgov.com

6. General description of registrant's business or activities:
   Government relations

## CLIENT

A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the bc labeled "Self" and proceed to line 10.

   ☐ Self

7. Client name:  CITY OF HODGENVILLE
   Address:  209 WEST HIGH STREET
   City: FRANKFORT  State: KY  Zip: 40601

8. Principal place of business (if different from line 7):

9. General description of client's business or activities:
   Local municipality

## LOBBYISTS

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in thi section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, state the executive and/or legislative position(s) in which the person served.

Name: MCCARTHY, JOHN III
   Covered Official Position (if applicable): N/A
Name: SPEAKS, JEFFREY
   Covered Official Position (if applicable): N/A
Name: WICKLIFFE, AMY
   Covered Official Position (if applicable): N/A

## LOBBYING ISSUES

11. General lobbying issue areas. Select all applicable codes listed in instructions and on the reverse side of Form LD-1, page 1:

BUD

12. Specific lobbying issues (current and anticipated):

06 & 07 - Transportation  06 & 07 - Commerce, Justice State  06 & 07 - Labor, HHS

## AFFILIATED ORGANIZATIONS

13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a semi-annual period **and**13. Is there an entity other than the client that contributes more than $10,000 to the lobbying activities of the registrant in a

Back

**Number of Pages: 2**
Current Page: 1

00000322144



| Clerk of the House of Representatives | Secretary of the Senate |
| Legislative Resource Center | Office of Public Records |
| B-106 Cannon Building | 232 Hart Building |
| Washington, DC 20515 | Washington, DC 20510 |

# LOBBYING REGISTRATION
Lobbying Disclosure Act of 1995 (Section 4)

Has this registrant previously registered with the Office of the Clerk?   ☐ Yes   ☒ No

1. Effective Date of Registration _____ 8/09/05

2. House Identification Number _____     Senate Identification Number _____

## REGISTRANT

3. Registrant name  Organization   Roll Call Strategies, LLC

Address   514 Capitol Avenue

City   Frankfort          State  KY       Zip  40601          USA

4. Principal place of business (if different than line 3)

City                     State              Zip

5. Telephone number and contact name   Prefix   Full Name

502-875-0081          Contact  Mrs.   Traci Coker       E-mail  traci@rcsgov.com

6. General description of registrant's business or activities
Lobbying

**CLIENT**  *A Lobbying firm is required to file a separate registration for each client. Organizations employing in-house lobbyists should check the box labeled "Self" and proceed to line 10.*   ☐ Self

7. Client name   Morehead State University

Address  412 1st Street, SE

City   Morehead          State  KY       Zip 40351          Country  USA

8. Principal place of business (if different than line 7)

City                     State              Zip              Country

9. General description of client's business or activities
Government relations

## LOBBYISTS

*Go to page 3 to add more lobbyists*

10. Name of each individual who has acted or is expected to act as a lobbyist for the client identified on line 7. If any person listed in this section has served as a "covered executive branch official" or "covered legislative branch official" within two years of first acting as a lobbyist for the client, *state the executive and/or legislative position(s) in which the person served.*

| Name | | | Covered Official Position (if applicable) |
| First | Last | Suffix | |
|---|---|---|---|
| John | McCarthy | III | |
| Jeffery | Speaks | | |
| Amy | Wickliffe | | |
| | | | |

LD-1DS (Rev. 04/03)                                                          Page 1   of 2