IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLL CALL, INC., | ) |
|       Plaintiff, | ) |
| v. | ) No. _____ |
| ROLL CALL STRATEGIES, LLC, | ) |
|       Defendant. | ) |

**PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING
ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Roll Call, Inc. respectfully moves pursuant to LCvR 65.1(d) for an Order setting a hearing on plaintiff's Motion for a Preliminary Injunction no later than February 1, 2006, unless the Court earlier decides the Motion on the papers. The facts that make expedition essential are as follows:

1.  As detailed in the Verified Complaint and the Memorandum of Law in Support of Plaintiff's Motion for a Preliminary Injunction, defendant is currently doing business using the name and mark ROLL CALL STRATEGIES, which name and mark violates plaintiff's trademarks ROLL CALL, ROLL CALL (and Design), and ROLL CALL THE NEWSPAPER OF CAPITOL HILL (and Design).

2.  Every day that goes by adds to the harm to plaintiff. Defendant has registered to lobby Congress on behalf of numerous clients, which activities are highly likely to confuse the consumers to whom both plaintiff and defendant target their operations as to the source of defendant's activities.

3.  Upon learning that defendant had begun operations and registered to lobby Congress, plaintiff worked expeditiously to try to stop that infringement by negotiating an agreement for defendant to use a different name and mark. Those discussions resulted in an agreement that defendant would change its name and mark for all purposes to CR STRATEGIES, LLC, which does not incorporate the ROLL CALL marks or any abbreviation thereof. Defendant has now expressed its unequivocal intention that it will not abide by that agreement.

4.  For these reasons, in order to stop and minimize any confusion between plaintiff's trademarks and defendant's infringing company name and mark, an expeditious hearing on plaintiff's Motion for a Preliminary Injunction is necessary.

5.  A proposed Order accompanies this Motion.

Dated: January 12, 2006

Respectfully submitted,

_____
John Moustakas (D.C. Bar No. 442076)
Adam M. Chud (D.C. Bar No. 468443)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for plaintiff Roll Call, Inc.*

LIBW/1539768.1