IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROLL CALL, INC.,                )
                                )
        Plaintiff,               )
                                )
v.                              )    No. _____
                                )
ROLL CALL STRATEGIES, LLC,      )
                                )
        Defendant.               )
_____)

## ORDER

The Court, having reviewed the plaintiff's Motion for an Expedited Hearing on Plaintiff's Motion for a Preliminary Injunction, hereby ORDERS:

1. that the Motion is GRANTED; and

2. that the Court will hold a hearing on plaintiff's Motion for a Preliminary Injunction on _____, at _____ o'clock.

It is SO ORDERED this ___ day of _____, 2006.

_____
United States District Judge

LIBW/1539771.1