**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROLL CALL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROLL CALL STRATEGIES, LLP )<br>)<br>Defendant. )<br>) | Civil Action No. 06-56 (**RWR**) |

### ORDER

Plaintiff filed this action on January 12, 2006 and moved on the same day for a preliminary injunction and an expedited hearing on its motion for a preliminary injunction. A ruling on plaintiff's motion for an expedited hearing [#4] will be held in abeyance until plaintiff serves upon the defendant a copy of the summons, the complaint, the motion for preliminary injunction, the motion for an expedited hearing, and this Order, and files with the court proof of service upon defendants. It is also hereby

ORDERED that plaintiff confer with counsel for the defendant promptly after service of all of the documents mentioned in the previous paragraph, and file thereafter a joint status report reflecting the parties' proposed briefing schedule upon which this case should proceed.

-2-

SIGNED this 13th day of January, 2006.

                                                /s/ Richard W. Roberts
                                          RICHARD W. ROBERTS
                                          United States District Judge