IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROLL CALL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-CV-00056 (RWR) |
| ) | |
| ROLL CALL STRATEGIES, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Roll Call, Inc. ("Roll Call") hereby notifies the Court that the parties have settled and fully resolved the dispute that is the subject of the Verified Complaint filed herein. In consideration of the settlement, Roll Call hereby dismisses with prejudice all of its claims in this action against defendant Roll Call Strategies, LLC, with each side to bear its own costs and attorneys' fees.

Dated: March 15, 2006

Respectfully submitted,

_____
John Moustakas (D.C. Bar No. 442076)
Adam M. Chud (D.C. Bar No. 468443)
Goodwin Procter LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 346-4000
Fax: (202) 346-4444

*Attorneys for plaintiff Roll Call, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of March, 2006, I caused the foregoing to be served upon the counsel below by e-mail and first-class mail, postage prepaid:

>Douglas C. Ballantine, Esq.
>Stoll Keenon Ogden, PLLC
>1700 PNC Plaza
>500 West Jefferson Street
>Louisville, Kentucky  40202

_____
Adam M. Chud